*Original*

FILED
JUL 23 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTICT OF COLUMBIA

DON BENNY ANDERSON #06260-026 )
F.C.I.
AFFIANT/PETITIONER )
POB 5000  PEKIN, IL. 61555
         v )

ALBERTO GONZALES )

"UNITED STATES," )      Case: 1:07-cv-01319
                        Assigned To : Bates, John D.
ATTORNEY GENERAL )      Assign. Date : 7/23/2007
                        Description: Habeas Corpus/2255
    and )

HARLEY G. LAPPIN )

DIRECTOR )

FEDERAL BUREAU OF PRISONS )

MOTION FOR APPLICATION FOR ISSUANCE OF WRIT OF HABEAS CORPUS
ORDER DISCHARGING PETITIONER AND RELIEF FROM PENALTIES RESULTING FROM
CONVICTIONS

Comes now Don Benny Anderson and files this petition pursuant to Title 28 U.S.C.A. § 2241 and Title 28 U.S.C.A. § 2243 and § 1651.

Anderson invokes the jurisdiction of the Court in the nature of Title 28 U.S.C. Section 2241, (c) (1) and (2) and (3).

Anderson invokes Title 28 U.S.C. Section 1651; and the Distirct of Columbia Code, Section 13-422, which provides that:

"A District of Columbia Court may exercise personal jurisdiction over a person domiciled in, organized under the Laws of, or maintaining his/**her** or its principle place of business in the District of Columbia as to any claim for relief."

RESPONDENTS, who are properly named above in the caption area,

1

are the Court designated custodians over the Petitioner, both of whom have their principle place of business in the District of Columbia, whereby this Court has personal jurisdiction over Respondents and the cause at bar in the nature of Section 2241, of Title 28, of the United State Code and Section 2243, of Title 28, of the United States Code, of Section 1651, of Title 28, of the United States Code, of Section 13-422, of District of Columbia Code.

Petitioner establishes by and through the authorites, and unsworn evidence affidavit that he is unlawfully imprisoned, in slavery and in custody and unlawfully detained in violation of his United States Constitutional and statutory rights.

The United States may be deemed to be detainee's custodian, detainee is a United States Citizen, held in slavery by fraudulently created judgment orders and United States Parole Commission decisions.

There is no rational trier of fact on court tape recordings to find petitioner guilty beyond a reasonable doubt. Const.Amend.5, 13, 14. In re Winship, 25 L.Ed. 368 (1970), Reasonable-doubt standard.

Petitioner has just demonstrated or made a showing of actual innocence such that failure to consider his claim on federal habeas review would result in fundamental miscarraige of justice. Const. Amend. 4,5,8,13,14.

Petitioner relies on In re Winship, reasonable-doubt standard. Secondly, Anderson relies on the plain and fundamental mandates of the Constitution for the United States of America, Article III, Section 2. Clause 3 and U.S.C.A. Const.Amend.13 prohibition and upholding slavery without being duly convicted.

2

Writ of habeas corpus will issue on basis of prosecutor's comments during grand jury, trial, closing, and sentencing that so infected trial with unfairness as to make resulting conviction a denial of due process without presenting evidence of guilt beyond the reasonable doubt standard. U.S.C.A. Const.Amend. 4,5,13,14.

Judge cannot waive the fundamental mandate placed upon him to conduct "The Trial of...Crimes...by Jury...such Trial shall be held in the State where the said Crimes shall have been Committed." Article III, Section 2. Clause 3. Nor can judge allow for a "conviction except upon proof beyond a reasonable doubt of every fact necessary to constitute the crime with which he is charged". Mandate by the Supreme Court, In re Winship, 25 L.Ed. 368 (1970).

Petitioner never had a trial by jury in any State where he committed a crime.

Court(s) acted in the complete absence of all jurisdiction to to impose slavery and execute sentence on a factually and actually innocent victim, Don Benny Anderson.

This federal court should conduct habeas review of alleged grand jury and trial errors only to determine whether if err so infected the trial with unfairness as to make the resulting conviction of denial of due process and if there was probable cause. U.S.C.A. Const.Amend. 4,5,13,14.

The Thirteenth Amendment is not a mere prohibition of laws establishing or upholding slavery, but an absolute declaration that slavery or involuntary servitude shall not exist in any part ot the United States. U.S.C.A. Const.Amend.13.

All courts acted in manner inconsistent with the due process, or proceeded beyond the powers granted to it by law U.S.C.A. Const. Amend. 4,5,8,13,14.

The right to present a defense free from categorical exclusions of competent, reliable, and unprivileged evidence of actual innocence is clearly established for purposes of habeas review. U.S.C.A. Const.Amend. 5,14.

Petitioner claims that he was arrested without probable cause in all federal and state cases, because his arrests were based upon perjury or some unlawful act and no lawfully impanelled grand jury selected, indicted with required number of grand jurors concurring and approving the indictment, is cognizable on federal habeas review, where federal and state courts provided no opportunity for full and fair litigation. U.S.C.A. Amend.4,5,8,13,14.

Writ of habeas corpus will issue on basis of Want of Counsel on court tape records and no evidence of guilty beyond a reasonable doubt standard.    U.S.C.A. Const.Amend.5,6.

In order to show a "fundamental miscarriage of justice," that allow petitioner to obtain habeas review of an other wise procedural default claim, Petitioner does demonstrate actual innocence in affidavit.

Equitable tolling Antiterrorism and Effective Death Penalty Act (AEDPA) limitations period is appropriate because petitioner exercised reasonable diligence in trying to obtain transcripts in investigation and bring claims, and he was prevented from asserting his rights in extrordinary way by court, pretender counsels and prosecutors and could not raise issues on appeal. Anderson was not

4

allowed to appeal himself and have access to transcripts.

Petitioner's inability to obtain trial transcripts does warrant equitable tolling of limitations period, where the transcripts are necessary to develope and prove claims in this petition. Const. Amend. 5,13, 14. Extraordinary circumstances warrant tolling limit.

Pursuant to Article III, Section 2, of the United States Constitution, federal courts can only consider ongoing cases or controversies. An actual controversy must exist during all stages of litigation. One of the primary concerns included in petition presents a challenge to execution of illegal sentence and collateral attack on all final judgments of state and federal courts that the United States Parole Commission has used against him in the past and by courts both federal and state and final decision by the National Appeals Board dated November 18, 2004.

This is court of last resort. The only constitutional courts are located in the District of Columbia. This petition is before this court on constitutional grounds and statutory grounds.

<u>CLAIM UPON WHICH RELIEF MAY BE GRANTED</u>

Anderson is in slavery in violation of his Constitutional Rights listed in Artcle I, III, and Amendments I, IV, V, VI, VII, VIII, IX, X, XIII, XIV and XV.

Petitioner does present a legally cognizable reason for this court to maintain jurisdiction over his habeas claims. Some of petitioner's sentences expired and alleged counsels refused to bring up that Anderson was factually and actually innocent of alleged crimes in presentence reports that enhanced the illegal sentence imposed by a court that was acting in the absence of all jurisdiction.

All enhancing sentences must be declared "null" and "void" for courts and parole commission used them to enhance Anderson sentence at one time or another. Or they will be used against Anderson at his next parole hearing.

Anderson demonstrates there will be collateral consequences that would warrant survival of these claims when released. Petitioner bears burden of establishing such collateral consequences of his conviction as would warrant habeas relief after his release. Consequences were imposed by operation of law.

Petitioner demonstrates that he is in custody now at the time of filing of this petition that release subsequent will not render the petition moot, i.e., that it continues to present a case or controversy under Article III, § 2 of the Constitution. Collateral consequences of the conviction - must exist if the suite is to be maintained. - Idema v. Rice, 478 F.Supp.2d 47. Also petitioner bears burden of establishing such collateral consequences of his conviction as would warrant habeas relief after his release.

See, e.g., Kimberlin v. U.S. Parole Comm'n, No. 03-5017, 2004 WL 885215, at *1 (D.C.Cir.Apr.22,2004)(noting that petitioner "must demonstrate continuing collateral consequences attributing to the challenged ... decisions to avoid dismissal of his petition"); DeFoy v. McCullough, 393 F.3d 439, 442n. 3(3d Cir.2005)("It is a petitioner's burden to demonstrate that collateral consequences exist to avoid having a case dismissed as moot".)

In Lane v. Williams, 455 U.S. 624, 631-32, 102 S.Ct. 1322, 71 L.Ed.2d 508 (1982), the Supreme Court limited post-relief to "civil disabilities" imposed on former detainess by operation of law. See also Carafas v. La Vallee, 391 U.S. 234, 237-38, 88 S.Ct.1556, 20

6

L.Ed.2d 554 (1968) (finding that habeas petition was not moot after expiration of sentence because of certain statutory consequences of being a convict under New York law such as the right to vote, serve as an official in labor union, serve as a juror or engaged in certain businesses).

Habeas petition will not become moot after release from prison. Some sentences have been completed and Anderson is being illegally and unconstitutionally imprisoned by courts that acted in the complete absence of all jurisdiction by operation of law. Corrupt Parole Commission, Bureau of Prisons and Attorney General agents are keeping Anderson in slavery by operation of law.

By operation of law he is losing his right to vote, be on jury,grand jury as he moves from state after his release from prison. At this time by operation of law he is losing his right to vote and be on jury and his constitutional rights. Having to get permission form parole officer to move into his jurisdiction is continuing collateral consequence,reporting to Halfway House and parole officer, not allowed to own a gun, fly a plane, travel to certain places without informing authorities about fake government created bogus convictions, and going into business immediately.

Anderson challenges all his underlying convictions, used by the United States Parole Commission, and if released during the pendencey of this habeas petition, federal courts presume that "a wrongful criminal conviction has continuing collateral consequences" sufficent to satisfy the injury requirement. Spencer v. Kemna, 523 U.S. 1, 8, 118 S.Ct. 987, 140 L.Ed.2d 43 (1998). "that is likely to be redressed by a favorable judicial decision."

7

## PRAYER FOR RELIEF

Anderson moves this Honorable Court to notify all federal and state agencies that it is issuing an Order of Notification that petitioner was premeditately shanghaied, false arrest and illegally convictions and sentences have been declared null and void and failure to comply with Court's expungment order will make the agency plus individuals liable for a penalty of One Million Dollars Per Day each, payable to petitioner if they do not comply. And that a notation in the record is insufficent. That there is to be no trace of them; that the expungment of petitioner's records are ordered against all persons and agencies who maintain custody of such records must be turned over to petitioner intact within 30 days and verification by this Court. A Certification of Compliance must be filed with this Court within 30 days of the receipt of order and said order is not in violation of State of Illinois nor federal law. For petitioner is a victim of a conspiracy and respondent cannot provide a transcript proving the charged crimes occurred as alleged in the fictional charging instrument.

Collateral consequences are that Anderson is entitled to compensation for illegal and unconstitutional acts committed by federal and state agents and agencies. And he will be prevented from getting compensation in the courts if records remain. He is entitled to compensation for the criminal destruction of his good name, family and business opportunites, and he is planning on traveling abroad, running for public office, flying planes, voting in state and federal elections, being on a jury, owning a gun, getting drivers license, traveling in in every state, going into business immediately and may suffer another

8

possible false arrest, conviction and sentences in the future on fictional charges as in this case at bar, which would enhance future sentence, that has been used against petitioner by conspirators in United States District Courts and the United States Parole Commission and will suffer further collateral consequences if false arrest records, conviction records and sentencing records remain and references to them. A federal district court has the authority in a habeas corpus proceeding, to order the expungment of Habeas petitioner's criminal records against all persons who maintain custody of such records. See <u>Grandison v. Warden, Maryland House of Corrections</u>, 423 F. Supp. 112, 166 (D.Md.1976); See <u>United States ex. rel. Gauthreaus v. State of Ill. Pardon and Parole Bd.</u>, 447 F.Supp. 600, 630-04 (N.D.Ill.1978). Petitioner is also requesting an Order stating that if asked if he has been arrested or convicted or sentenced in the past he can legally state, "No.". Because in reality petitioner was intentionally, illegally and unconstitutionaly arrested, convicted and sentenced and court decreed them "Null" and "Void". Petitioner again at this time also moves this court in the interest of justice, judicial economy and ends of justice; to decree his convictions are constitutionally invalid and is entitled to have his arrest, convictions, sentences and all the effects steaming from them completely expunged from all records. Having all records turned over to Anderson.

 Respondent did not deny that petitioner is entitled to compensation for the criminal kidnapping of him under 28 U.S.C. § 2243 and it conferes on federal courts with the descretion to dispose of habeas corpus matters and tailor remedies "as law and justice require."
He did not dispute compensation of $100 Thousand Dollars per day was

9

justified, to prove to be just, right, nor unreasonable, under the exceptional circumstances nor amount of remuneration, tax fee, with no deduction for taxes or attorney fees.

Article [v] "No person shall...be deprived of life, liberty, or due process of law...**without just compensation.**

In Oklahoma, Avin McGee, Jr. received a jury award of $1 million per year for each year he spent in prison plus $500,000 for his wrongful conviction. Like McGee, petitioner was convicted of crime he did not commit.

This Honorable Court in the interest of protecting the peoples' rights, our National Constitution and the limited resources of the judicial system should order all records sent to this court and rule on all matters itself and order appropriate relief. Miscarriage of justice has occurred by federal judiciary's practice of holding up procedure over justice, of speed and efficiency over fairness, due process and truth and justice.

28 § 2249. Certified copies of indictment, plea and judgment; duty of respondent. Respondent in Cause No. 05-1310, United States District Court for the Central District of Illinois failed to provide documents required.

And this Honorable Court should order any other relief as is deemed fair, just and proper, just and equitable, if there be at law, to end the perpetual suffering and prejudice this Petitioner has endured all these decades, which has left his image and visage mangled by criminals, least Anderson suffer irreparable injury.

Each day Anderson is kept in prison, court is blocking campaign for the Presidency of the United States. To be established in this land is a free people by the power of God, with due process of law.

A district court has jurisdiction over a habeas petition only if it has jurisdiction over a petitioner's custodianship. 28 U.S.C.A. § 2241(c). Petitioner cannot file where he is being held in custody because he does not have $2,100 extortion fee to be paid to corrupt judges of the Seventh Circuit. Alberto Gonzales, United States Attorney General, and Harley G. Lappin, Director, Federal Bureau of Prisons, as a matter of fact, are petitioner's true custodians. Transfering habeas proceedings back to the Seventh Circuit would only further petitioner kidnapping and slavery. This constitutional court can conduct proceedings from the District of Columbia by mail or conduct proceeding itself by moving to another location.

Title 28 § 2243. A court, justice or judge entertaining a application for a writ of habeas corpus shall forthwith award the writ or issue an order directing the respondent to show cause why the writ should not be granted.

## CONCLUSION

The foregoing demonstrates I, Don Benny Anderson, am factually and actually innocent of all charges. This United States District Court For The District of Columbia, pursuant to the Constitution for the United States of America, Congressional authority and the powers of this court, should grant all relief possible immediately.

Dated this 22 of June 2007.

District court must resolve all claims for relief raised in petition for writ of habeas corpus whether habeas relief is granted or denied. 28 U.S.C.A. § 2254.

Respectfully Submitted,

*Don B. Anderson*
Don Benny Anderson #06260-026
Federal Correctional Institution
P.O. Box 5000
Pekin, Illinois.

<u>TITLE 18 § 1621 UNSWORN DECLARATIONS, EVIDENCE</u>

**UNSWORN AFFIDAVIT/DECLARATIONS UNDER THE PENALTY OF PERJURY**

**PURSUANT TO TITLE 28 U.S.C. § 1746**

1. My name is DON BENNY ANDERSON. I am sixty-six (66) years of age, having being born in December 19, 1940, in Springfield, Illinois;

2. I am of sound mind and fully competent to make this Affidavit/Declarations under the penalty of perjury;

3. This Affidavit/Declarations must stand for Truth, unless challenged point-for-point by an opposing Affidavit/Declarations drawn under the same terms and conditions as this instrument;

4. This Affidavit/Declarations will stand as Truth, and fact before the United States District Court, District of Columbia, in this writ of habeas corpus;

5. This Affidavit/Declaration is made on personal knowledge and set forth facts that are admissible as evidence;

6. Anderson declares the source of information relied on is unaltered court tape recordings and perfect transcripts made from them, without omissions or inaudible portions from the following courts to reveal that he was illegally and unconstitutionally convicted and sentence by courts that acted in the complete absence of all jurisdiction to execute sentence upon him; and totality of all federal and state agencies records and agents information concerning the following cases: **[US Parole Commission informed of actual innocence.]**

    1) 194th Judicial District Court of Dallas County, Dallas, Texas, Cause No. F78-483NM;

    2) 284th Judicial District Court of Harris County, Houston, Texas Cause No. 315053;

12

     3) United States District Court for the Southern District of Illinois, Cause No. 82-CR-50031;

     4) Circuit Court - Pinellas County, Clearwater, Florida, Cause No. CRC 83-02708CFANO;

     5) United States District Court for the Eastern District of Virginia, Cause No. 83-00159-A;

7. Anderson never heard or saw nor has knowledge of any evidence presented in any court by any prosecutor proving he committed the fabricated charges as alleged in the charging instruments and knows that none ever existed and cannot be produced;

8. Anderson was constructively without counsel at trial and on appeal;

9. Court proceedings were fundamentally unfair;

10. All courts listed at 6 acted in the complete absence of all jurisdiction and sentenced Anderson;

11. The judgments of the above listed courts are legally and constitutionally null and void for Want of Jurisdiction;

12. Anderson is factually and actually innocent of all crimes charged in federal and state charging instruments;

13. The Supreme Court has decreed that the Fifth and Fourteenth Amendments requires that the government prove beyond a reasonable doubt every fact that constitutes the offense charged;

14. Federal and state prosecutors prosecuted Anderson knowing that they could not prove beyond a reasonable doubt every fact that constitutes the fictional offenses charged;

15. Anderson was brought up on bogus charges before controlled grand juries, which were dupes and rubber stamps for lying prosecutors;

16. Anderson was coerced into having incompetent counsel represent him in lawless federal and state courts;
17. Anderson gave notice to all federal and state courts that he was going to represent himself; yet this right was abridged from him;
18. The judgment of the above listed courts at 6 are legally and constitutionally null and void for judges lacked jurisdiction;
19. No federal or state prosecutor can give Anderson full discovery of all federal and state records because nationwide conspirators will not expose a national conspiracy to frame him on bogus offenses;
20. No evidentiary hearing can be held with any prosecutor presenting proof beyond a reasonable doubt every fact that constitutes the offense charged;
21. Anderson was convicted for non-offenses and illegally sentenced and imprisoned;
22. Respondent in Case No. 05-1310, United States District Court for the Central District of Illinois, failed to provide evidence from government files prior to Anderson's arrest that meet the "constitutional stature of the reasonable-doubt standard, we explicitly hold that the Due Process Clause protects the accused conviction except upon proof beyond a reasonable doubt of every fact necessary to constitute the crime with which he is charged." In re Winship, 397 U.S. 358, 364 90 S.Ct. 1068, 25 L.Ed.2d 368 (1970);
23. Respondent failed to provide unaltered court tape recordings and perfect transcripts made from them from any court.

24. Don Benny Anderson is constitutionally, statutorily, legally, factually and actually innocent of all federal and state charges as alleged in the charging instruments;

25. Don Benny Anderson relies on our nation's inspired Trump Card: **WE THE PEOPLE** of the United States...Constitution for the United States of America [Preamble].

26. The penalty for perjury is five (5) years;

27. Truth is Sovereign in Law;

**FURTHER DON BENNY ANDERSON SAYETH NAUGHT.**

Signed under Title 28 U.S.C. § 1746 on this 22 day June 2007.

*Don B. Anderson*
Don Benny Anderson #06260-026

## CERTIFICATE OF SERVICE

I, Don Benny Anderson, do swear or declare that on this date, June 22, 2007, I have served the enclosed MOTION FOR APPLICATION FOR ISSUANCE OF WRIT OF HABEAS CORPUS ORDER DISCHARGING PETITIONER AND RELIEF FROM PENALTIES RESULTING FROM CONVICTIONS and TITLE 18 § 1621 UNSWORN DECLARATIONS, EVIDENCE **UNSWORN AFFIDAVIT/DECLARATIONS UNDER THE PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. § 1746** on the following parties to this proceeding, by depositing an envelope containing the above document in the United States mail properly addressed and with first-class postage prepaid.

The name and address of parties served are as follows:

U.S. Attorney:
Kenneth L. Wainstein
5806 Judiciary Center Bldg.
555 4th St. N.W.
Washington, DC 20001

Clerk:
Nancy Mayer-Whittington
E. Barrett Prettyman U.S. CtHse
333 Constitution Ave. N.W.
Washington, DC 20001-2802

Attorney General:
Alberto Gonzales
950 Pennsylvania Ave NW Rm 4400
Washington, DC 20530

Director:
Harley G. Lappin
Federal Bureau of Prisons
320 First Street N.W.
Washington, D.C. 20534

Signed pursuant to Title 28 U.S.C. § 1746.

*Don B. Anderson*
Don Benny Anderson #06260-026
Federal Correctional Institution
P.O. Box 5000
Pekin, Illinois 61555

16

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

| I (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| DON B. ANDERSON | ALBERTO GONZALES, ET AL |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888 (EXCEPT IN U.S. PLAINTIFF CASES) PRO SE PR | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____ (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) #06260-026 | Case: 1:07-cv-01319 Assigned To : Bates, John D. Assign. Date : 7/23/2007 Description: Habeas Corpus/2255 |

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZEN.**
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A.** *Antitrust*
☐ 410 Antitrust

☐ **B.** *Personal Injury/ Malpractice*
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C.** *Administrative Agency Review*
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E.** *General Civil (Other)* OR ☐ **F.** *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

**No Summons Issued**

| ☒ G. *Habeas Corpus/* *2255* ☒ 530 Habeas Corpus-General ☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination* ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) *(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT* ☐ 895 Freedom of Information Act ☐ 890 Other Statutory Actions (if Privacy Act) *(If pro se, select this deck)* | ☐ J. *Student Loan* ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)* ☐ 710 Fair Labor Standards Act ☐ 720 Labor/Mgmt. Relations ☐ 730 Labor/Mgmt. Reporting & Disclosure Act ☐ 740 Labor Railway Act ☐ 790 Other Labor Litigation ☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)* ☐ 441 Voting (if not Voting Rights Act) ☐ 443 Housing/Accommodations ☐ 444 Welfare ☐ 440 Other Civil Rights ☐ 445 American w/Disabilities-Employment ☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract* ☐ 110 Insurance ☐ 120 Marine ☐ 130 Miller Act ☐ 140 Negotiable Instrument ☐ 150 Recovery of Overpayment & Enforcement of Judgment ☐ 153 Recovery of Overpayment of Veteran's Benefits ☐ 160 Stockholder's Suits ☐ 190 Other Contracts ☐ 195 Contract Product Liability ☐ 196 Franchise | ☐ N. *Three-Judge Court* ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC 2241 - Writ of Habeas Corpus

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23  **DEMAND $**  Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☐ NO  If yes, please complete related case form.

DATE 7.23.07  SIGNATURE OF ATTORNEY OF RECORD  NCD

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd