UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Don Benny Anderson,**<br><br>Petitioner,<br><br>v.<br><br>**Alberto Gonzales,** *et al.***,**<br><br>Respondents. | Civil Action No. 07-1319 (JDB) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that this case is **DISMISSED** for want of jurisdiction. This is a final appealable Order.

s/<br>JOHN D. BATES<br>United States District Judge

Dated: August 13, 2007