
Triangle Center

**RECEIVED**

9/13/07

SEP 17 2007
Rec'd by docket clerk 11/1/07
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Dear Clerk:

Notice Of New Address          07-1319

See envelope and below.

Don B. Anderson
#06260-026

I believe

59(e) motion was stamp filed
about August 29, 2007

Central Office • 120 North Eleventh Street • Springfield, Illinois 62703-1002 • 217/544-9858
West Branch • Robert E. Maxey Bldg. • 948 Clocktower Drive • Springfield, Illinois 62704-1304 • 217/698-8404
Taylorville • 320 Northwestern Avenue • Taylorville, Illinois 62568-1274 • 217/824-7330
www.trianglecenter.org